AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Leo McClam,<br>*Plaintiff*<br>v.<br>Officer Otis Daniels; Dr. NFN Cross; Judy Dupree, social worker; Lori Avent, Sheriff; Ms. Monique, NLN, South Carolina Dept. of Mental Health; and Kenney Boone, Florence County Sheriff, in their own private, individual, and personal capacities,<br>*Defendants* | )<br>)<br>)  Civil Action No.  3:14-cv-03240-TLW<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: the plaintiff, Leo McClam, shall take nothing of the defendants; Officer Otis Daniels, Dr. NFN Cross, Judy Dupree, Lori Avent, Ms. Monique, and Kenney Boone, from the complaint filed and this action is dismissed without prejudice.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding. The Court having accepted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, dismisses the complaint without prejudice.

Date:  October 21, 2014                                              *ROBIN L. BLUME, CLERK OF COURT*

                                                                            s/G. Mills

                                                                    *Signature of Clerk or Deputy Clerk*